IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL LASHEP FACION, #260426, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CIVIL ACT. NO. 2:20-cv-165-ECM ) (WO) |
| JASMYN T. MASSEY, *et al.*, | ) ) |
| Defendants. | ) |

## OPINION and ORDER

On July 29, 2021, the Magistrate Judge entered a Recommendation (doc. 27) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures to comply with the orders of this Court and to prosecute this action.

A separate Final Judgment will be entered.

Done this 25th day of August, 2021.

                                                     /s/ Emily C. Marks  
                                      EMILY C. MARKS  
                                      CHIEF UNITED STATES DISTRICT JUDGE